K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN E. LAUCK and WILLIAM E. LAUCK, Trustees of the George A. Lauck Testamentary Trust dated January 7, 1992; ABDUL HUSSEIN dba TOWER MARKET & DELI, <br><br> Defendants. | No.  1:12-cv-01800-AWI-SAB <br><br> **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Stephen E. Lauck and William E. Lauck, Trustees of the George A, Lauck Testamentary Trust dated January 7, 1992 and Abdul Hussein dba Tower Market & Deli ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 28, 2013                              MOORE LAW FIRM, P.C.

                                                      /s/Tanya E. Moore
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff Natividad Gutierrez

| | |
|---|---|
| Date: February 28, 2013 | /s/ Bruce A. Neilson<br>Bruce A. Neilson<br>Attorney for Defendant Abdul Hussein dba Tower Market & Deli |
| Date: February 28, 2013 | LAW OFFICE OF KENNETH BRANS<br><br>/s/ Kenneth R. Brans<br>Kenneth R. Brans<br>Attorney for Defendants Stephen E. Lauck and William E. Lauck, Trustees of the George A, Lauck Testamentary Trust dated January 7, 1992 |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   February 28, 2013          _____
                                     SENIOR  DISTRICT  JUDGE

*Gutierrez v. Lauck, et al.*
Stipulation for Dismissal of Action; [Proposed] Order